**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ANGEL M. ZAPATA,

                          Plaintiff,                    25 **CIVIL** 1665 (SN)

   -v-                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                          Defendant.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 13, 2025, that the Commissioner's decision be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, for further administrative proceedings and a new decision pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, Plaintiff will be offered the opportunity for a new hearing.

**Dated:**  New York, New York

      June 16, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                       **BY:**            K. Mango

                                                      **Deputy Clerk**